UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 2:16-cr-225-GMN-PAL |
| vs. | ) ) ) | |
| LEONARDO CHAVEZ MORALES, | ) ) | |
| Defendant. | ) ) | |

**O R D E R**

    On April 25, 2017, CJA Counsel Telia U. Williams, Esq., submitted an audio request for the sealed portion (11:02:11 - 11:31:56) of the hearing held on April 25, 2017, regarding Defense Counsel's Motion to Withdraw #56 and Defendant's Motion to Dismiss Counsel #59.

    **IT IS THE ORDER OF THE COURT** that the sealed portion of the audio shall be unsealed by the Clerk for the limited purpose of providing a copy of the audio as requested by Defense counsel.

    **IT IS FURTHER ORDERED** that the sealed portion of the audio shall thereafter be resealed by the Clerk until further order of this Court.

    **IT IS FURTHER ORDERED** that Defense counsel shall not disclose the sealed contents of the audio of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

    DATED this __28th__ day of April, 2017.

                                                    UNITED STATES MAGISTRATE JUDGE