Telia U. Williams, Esq.
Nevada Bar No. 9359
LAW OFFICE OF TELIA U. WILLIAMS
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel.: (702) 835-6866
telia@telialaw.com
*Attorney for the Defendant*
*Leonardo Chavez Morales*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00225-GMN-PAL |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | |
| LEONARDO CHAVEZ MORALES and JOHN WILLIAM PRINCE, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Telia U. Williams, Esq., counsel for the defendant, Leonardo Chavez Morales, and Brandon Jaroch, Esq., Assistant United States Attorney, that the Sentencing Hearing currently scheduled for February 16, 2018 at 10:00am, be continued to a future date no sooner than sixty (60) days after the schedule date and on a date and at a time convenient to the Court.

This Stipulation is entered into for the following reasons:

1. Counsel for Mr. Chavez-Morales is in the process of commissioning a Spanish-language translator to translate the proposed Pre-Sentencing Report (PSR) into his native tongue so that he can read it himself, and make any corrections: The pre-sentencing report is lengthy and more time is needed in order to complete the translation and correct any errors.

2. The undersigned Assistant United States Attorney has no objection to the

1    continuance.

2       3.   The defendant is in custody and does not object to the continuance.

3       4.   This is the first request for a continuance of the sentencing date.

4           DATED: January 22, 2018

5    LAW OFFICE OF TELIA U. WILLIAMS          UNITED STATES ATTORNEY

6    By:   */s/ Telia U. Williams*            By:   */s/ Brandon Jaroch*

7
       Telia U. Williams, Esq.                Brandon Jaroch, Esq.
8      10161 Park Run Drive, Suite 150        Assistant United States Attorney
       Las Vegas, Nevada 89145                501 Las Vegas Boulevard South, Suite 1100
9      Tel.: (702) 835-6866                   Las Vegas, Nevada 89106
                                              Tel.: (702) 697-7525
10     telia@telialaw.com                     Fax: (713) 890-5001
       *Attorney for Defendant*               *Attorneys for Plaintiff*
11     *Leonardo Chavez Morales*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Telia U. Williams, Esq.
Nevada Bar No. 9359
LAW OFFICE OF TELIA U. WILLIAMS
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel.: (702) 835-6866
telia@telialaw.com
*Attorney for the Defendant*
*Leonardo Chavez Morales*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00225-GMN-PAL |
| Plaintiff, | **ORDER** |
| vs. | |
| LEONARDO CHAVEZ MORALES and JOHN WILLIAM PRINCE, | |
| Defendants. | |

## FINDINGS OF FACT

Based on the Stipulation of counsel, and good cause appearing therefore, the court finds that the Stipulation by and between the United States and Leonardo Chavez-Morales is entered into for the following reasons:

1.    Counsel for Mr. Chavez-Morales is having the current plea agreement translated into the defendants native language and more time is needed to accomplish this task.

4.    The parties agree to the additional time.

5.    This is the first request for a continuance of the sentencing date.

6.    Additionally, denial of this request for continuance could result in a miscarriage of justice.

1    For all of the above-stated reasons, the end of justice would best be served if

2    Defendant's sentencing was rescheduled.

3                                    **ORDER**

4         IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled for

5    February 16, 2018 at 10:00am, be continued to Friday, April 20, 2018, at 10:00 a.m. in

6    Courtroom 7C.

7         DATED this __26__ day of January, 2018.

8                                    _____

9                                    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28